

FILED
AUG 16 2017
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| IN THE MATTER OF THE SEARCH OF THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (412) 852-0573 | MJ-17-    -BLG-TJC<br><br>ORDER SEALING CASE |
|---|---|

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it including the Application, Search Warrant, and Affidavit filed herein are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this _16_ day of August, 2017.

TIMOTHY J. CAVAN
United States Magistrate Judge